IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODERICK LAVAR JONES, #211350 ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:03-cv-286-F |
| ) | WO |
| JERRY FERRELL, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **ORDER**

On June 2, 2005 (Doc. 12), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and that the petition for habeas corpus relief is dismissed with prejudice as time-barred.

Done this the 27th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE